**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 06-cr-30111-SMY** |
| | ) | |
| **JOHNNIE E. MOSLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge**

This matter comes before the Court on Defendant Johnnie E. Mosley's *pro se* motions for status (Docs. 62, 63, and 67).  "Representation by counsel and self-representation are mutually exclusive" *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir. 1992).  As such, a litigant does not have a right to file his own motions when he is represented by counsel and any such motion filed will be stricken as improper. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir. 1990) (*per curiam*); *United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir. 1998).

Assistant Federal Public Defender David Brengle entered an appearance on Mosley's behalf on February 20, 2019 (Doc. 58).  Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** Mosley's *pro se* filings (Docs.  62, 63, and 67).  Mosley should contact the Federal Public Defender's office for a status update on his case.

**IT IS SO ORDERED.**

**DATED:  February 24, 2021**

**STACI M. YANDLE
United States District Judge**